# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DRANOEL ENAJ BROWN,

        Plaintiff,

v.

KING COUNTY, *et al.*,

        Defendants.

Case No. C16-1332-JCC-JPD

ORDER DENYING PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENT HIS COMPLAINT

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion to amend and supplement his complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. (Dkt. 41.) Defendants have filed a response to plaintiff's motion in which they ask that plaintiff be ordered to file a proposed amended complaint before the Court considers plaintiff's motion. (Dkt. 43.) The Court, having reviewed plaintiff's motion, defendants' response, and the balance of the record, hereby Orders as follows:

    (1)    Plaintiff's motion to amend and supplement his complaint (Dkt. 41) is DENIED. Plaintiff indicates in his motion that he is seeking to add new defendants and new claims to this

ORDER DENYING PLAINTIFF'S MOTION TO
AMEND AND SUPPLEMENT HIS COMPLAINT
PAGE - 1

action. However, as defendants correctly point out, plaintiff failed to submit with his motion a proposed amended complaint. A motion to amend must be accompanied by a proposed amended complaint before it will be considered by the Court. If plaintiff wishes to pursue amendment of his complaint, he may file a new motion to amend and submit in conjunction with that motion a proposed amended complaint which clearly identifies each of the intended defendants, the federal constitutional right(s) allegedly violated by the conduct of each defendant, the facts which he believes support each alleged constitutional violation, and the relief being requested.

    (2)    The Clerk is directed to send plaintiff the appropriate forms so that he may file an amended complaint. The Clerk is further directed to send copies of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 11th day of August, 2017.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO
AMEND AND SUPPLEMENT HIS COMPLAINT
PAGE - 2